CONFORMED

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1  Douglas M. Mancino (SBN 97704)
   dmancino@hunton.com
2  Alexandrea H. Young (SBN 233950)
   ayoung@hunton.com
3  HUNTON & WILLIAMS LLP
   550 South Hope Street, Suite 2000
4  Los Angeles, California 90071-2627
   Telephone: (213) 532-2000
5  Facsimile: (213) 532-2020

6  Attorneys for Plaintiff
   CHILDREN'S BURN FOUNDATION

7

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

CV11  09684   R  (JEMX)

11  CHILDREN'S BURN FOUNDATION,          Case No.:
    a non-profit public benefit corporation,
12                                        **COMPLAINT FOR INJUNCTIVE**
            Plaintiff,                    **AND OTHER RELIEF FOR:**
13
14         v.                             **(1) FEDERAL TRADEMARK**
                                          **INFRINGEMENT [15 U.S.C. § 1114];**
15  AMERICAN FOUNDATION FOR
    DISABLED CHILDREN, INC., a            **(2) FALSE DESIGNATION OF**
16  corporation; COURTESY CALL, INC., a   **ORIGIN [15 U.S.C. § 1125 (a)];**
    corporation; NEWPORT CREATIVE
17  COMMUNICATIONS, INC., a               **AND**
    corporation; COMMUNITY SUPPORT,
18  INC., a corporation; JOSEPH FULLER,   **(3) UNFAIR COMPETITION [CAL.**
    an individual; JOHN CRYAN, an         **BUS. & PROF. CODE § 17200, et seq.]**
19  individual; JOHN BATTISTA. an
    individual; and JOHN LIONNA, an       **DEMAND FOR JURY TRIAL**
20  individual,

21          Defendants.

22

23

24

25

26

27

28

1   Children's Burn Foundation (hereinafter "CBF") complains and alleges as
2   follows:

## INTRODUCTION

4   1.      This action has been brought by CBF against a group of entities and
5   individuals who have intentionally misappropriated the name and service mark of
6   "Children's Burn Foundation" in order to deceive the public into making supposedly
7   charitable contributions to a sham charity.

8   2.      CBF is a tax-exempt public charity that has been in existence since 1985
9   and has been operating in the United States and in other countries under the legal
10  name "Children's Burn Foundation" since that time.  CBF holds the service mark
11  registered with the United States Patent and Trademark Office for the name
12  "Children's Burn Foundation."

13  3.      Defendant American Foundation for Disabled Children, Inc. (hereinafter
14  "AFDC") and its professional fundraising and direct mail consultant Defendant
15  Courtesy Call, Inc. (hereinafter "Courtesy Call") purposefully used CBF's name and
16  mark in order to create the impression to willing donors that they are, in fact, CBF in
17  order to further its "fundraising" efforts.

18  4.      On information and belief, AFDC is a sham charity that has diverted
19  approximately half, and perhaps as much as 91%, of the funds it raised in the last
20  fiscal year to professional fundraisers.  These professional fundraisers, such as
21  Courtesy Call, have had numerous run-ins with State charities regulators that have
22  publicly stated that it has used "dishonest and distasteful" tactics and retained
23  excessive percentages of monies raised.

24  5.      Quite simply, AFDC conspired with professional fundraisers to steal the
25  potential donors and goodwill associated with legitimate charity CBF to entice
26  unsuspecting patrons to part with their money to fund an organization that is
27  questionably charitable at best, and most certainly is not the organization these
28  generous people believed they were helping.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1
COMPLAINT

**THE PARTIES**

6.     Children's Burn Foundation is a non-profit public benefit corporation organized under the laws of the state of California, with a principal place of business at 4929 Van Nuys Boulevard, Sherman Oaks, California 91403.  Its mission is to prevent the suffering caused by burns and to help children who have suffered from severe burns reach their full potential.

7.     Upon information and belief, American Foundation for Disabled Children, Inc. is an allegedly non-profit charitable corporation organized under the laws of the state of New York, with a principal place of business at 84 New Dorp Plaza, Suite 207, Staten Island, New York 10306.

8.     Upon information and belief, Courtesy Call, Inc. is a corporation organized under the laws of the state of Nevada, with a principal place of business at 1835 East Charleston Boulevard, Suite #4, Las Vegas, Nevada 89104.

9.     Upon information and belief, Newport Creative Communications, Inc. (hereinafter "Newport Creative") is a corporation organized under the laws of the state of Massachusetts, with a principal place of business at 33 Railroad Avenue, Duxbury, Massachusetts 02332.

10.     Upon information and belief, Community Support, Inc. (hereinafter "Community Support") is a corporation organized under the laws of the state of Wisconsin, with a principal place of business at 312 East Wisconsin Avenue, Suite 408, Milwaukee, Wisconsin 53202.

11.     Upon information and belief, Joseph Fuller (hereinafter "Fuller") is an individual and acting President of AFDC, residing at 4 Grasmere Avenue, Staten Island, New York 10304, with a principal place of business at 84 New Dorp Plaza, Suite 207, Staten Island, New York 10306.

12.     Upon information and belief, John Cryan (hereinafter "Cryan") is an individual and acting Treasurer of AFDC, residing at 15 Greenport Street, Staten

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1 | Island, New York 10304, with a principal place of business at 84 New Dorp Plaza,

2 | Suite 207, Staten Island, New York 10306.

3 |      13.    Upon information and belief, John Battista (hereinafter "Battista") is an

4 | individual and acting Vice President of AFDC, with a principal place of business at 84

5 | New Dorp Plaza, Suite 207, Staten Island, New York 10306.

6 |      14.    Upon information and belief, John Lionna (hereinafter "Lionna") is an

7 | individual and acting Secretary of AFDC, with a principal place of business at 84 New

8 | Dorp Plaza, Suite 207, Staten Island, New York 10306.

9 | **NATURE OF THE ACTION**

10 |      15.    This is an action for injunctive relief for trademark infringement and

11 | false designation of origin under the Trademark Act of 1946, as amended (The

12 | Lanham Act, 15 U.S.C. § 1051 *et seq.*) and a related cause of action for unfair

13 | competition under California Business and Professions Code § 17200 *et seq.* arising

14 | from Defendants misappropriation of CBF's registered service mark in violation of

15 | CBF's rights.

16 | **JURISDICTION**

17 |      16.    This Court has federal question jurisdiction over the subject matter of this

18 | action pursuant to 15 U.S.C. § 1121(a) (actions arising under the Trademark Act of

19 | 1946, as amended) and 28 U.S.C. § 1331 (actions arising from laws of the United

20 | States).

21 |      17.    This Court has supplemental jurisdiction over the non-federal claim

22 | pursuant to 28 U.S.C. § 1367(a) (supplemental jurisdiction over state law claims that

23 | are part of the same "case or controversy" as the federal law claim).

24 |      18.    Defendants are subject to the personal jurisdiction of this Court because

25 | Defendants transact business within this state and within this judicial district and/or

26 | purposefully availed themselves of this state and judicial district by acting through

27 | agents to fraudulently obtain donations using CBF's Service Mark, as further

28 | explained below.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

## VENUE

2     19.    Venue is appropriate pursuant to 28 U.S.C. § 1391(b) and (c) because the

3  Defendants transact business within this state and this judicial district and/or acted

4  through agents to fraudulently obtain donations using CBF's Service Mark within this

5  state and this judicial district, as further explained below.

6

## GENERAL ALLEGATIONS

7     20.    CBF is a charitable organization that has been in existence since 1985

8  and has continually used the service mark "Children's Burn Foundation" (hereinafter

9  "Service Mark") throughout its existence.

10     21.    CBF is the owner of the federal service mark registration number

11  3973262 for the Service Mark. The registration for the Service Mark was issued on

12  June 7, 2011. A true and correct copy of CBF's Service Mark registration certificate

13  is attached hereto as Exhibit A.

14     22.    From at least on or about June 13, 2011 through on or about July 20,

15  2011, AFDC has sent mail solicitations for charitable contributions that include CBF's

16  Service Mark, without the consent of CBF.

17     23.    On information and belief, from at least June of 2011, Defendant

18  telemarketers Courtesy Call, Newport Creative, and Community Support acted as

19  agents of AFDC to fraudulently obtain funds from unsuspecting donors for AFDC,

20  using CBF's Service Mark.

21     24.    While, on information and belief, AFDC is a sham charity, its directors

22  and officers still have a duty to act within the bounds of the law. On information and

23  belief, AFDC's directors and officers have official duties that do not extend to illegal

24  behavior and any such acts are ultra vires on the part of those individuals.

25     25.    On information and belief, from at least June 2011, Defendants Fuller,

26  Cryan, Battista, and Lionna violated their fiduciary duty to AFDC and each acted

27  outside the bounds of their positions and the law by directing, overseeing, and

28

1  knowingly allowing the agent telemarketers to attempt to and actually fraudulently

2  obtain funds from unsuspecting donors using CBF's Service Mark.

3      26.    A true and correct copy of one example of the aforementioned mail

4  solicitations is attached hereto as <u>Exhibit B</u>.  This mail solicitation includes a logo that

5  uses the name "The Children's Burn Foundation," has "The Children's Burn

6  Foundation" in large block letters along the top, and has the name "The Children's

7  Burn Foundation" in the text of the solicitation, the signature line, the address

8  window, and the return address window.

9      27.    In that same mail solicitation, AFDC misrepresented the beneficiary of

10 the solicitation by stating that "The Children's Burn Foundation is a special program

11 for American Foundation for Disabled Children," when in fact CBF is not associated

12 with AFDC in any way, did not authorize these solicitations from AFDC or any other

13 organization, and did not receive any proceeds from AFDC's mail solicitations.

14     28.    In that same mail solicitation, AFDC misrepresented that CBF retained

15 Defendant Courtesy Call to assist in the fundraising, when in fact CBF did not retain

16 Courtesy Call, would not retain such a disreputable company and in fact does not use

17 telephone solicitations.

18     29.    In that same mail solicitation, AFDC also misrepresented that CBF is

19 based in New York, when in fact it is based in California.

20     30.    In that same mail solicitation, AFDC used CBF's name in soliciting

21 charitable contributions without obtaining the consent of CBF to do so.

22     31.    AFDC, through Courtesy Call, also conducted telephone solicitations to

23 get donations using CBF's name, when in fact CBF is not associated with AFDC in

24 any way and does not employ telephone solicitations to request donations.

25     32.    In response to learning of such solicitations, CBF formally requested that

26 AFDC stop using its name and was told by John Cryan on July 15, 2011 that AFDC

27 would stop using CBF's name.  A true and correct copy of a letter documenting this

28

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

5
COMPLAINT

1  exchange from CBF's Executive Director Carol Horvitz to Errol Copilevitz, counsel
2  for AFDC, is attached hereto as <u>Exhibit C</u>.

3      33.    A true and correct copy of another example of the aforementioned mail
4  solicitations, likely made in response to the letter from Carol Horvitz, is attached
5  hereto as <u>Exhibit D</u> and exhibits the intentional and knowing nature of the actions of
6  AFDC and its individual officers and directors.  This mail solicitation, dated July 20,
7  2011, modified the logo and name along the top to "American Foundation for
8  Children with Burns."  However, the text, signature line, the address window, and the
9  return address window all use the name "The Children's Burn Foundation."

10      34.    In the same mail solicitation, AFDC misrepresented the beneficiary of
11  the solicitation by stating that "The Children's Burn Foundation is a special program
12  for American Foundation for Disabled Children," when in fact CBF is not associated
13  with AFDC at all and did not receive any proceeds from AFDC's mail solicitations.

14      35.    In the same mail solicitation, AFDC misrepresented that CBF retained
15  Defendant Courtesy Call to assist in the fundraising, when it did not and in fact CBF
16  does not use mail or telephone solicitations.

17      36.    In the same mail solicitation, AFDC used CBF's name in soliciting
18  charitable contributions without obtaining the consent of CBF to do so.

19      37.    In the aforementioned mail and telephone solicitations, AFDC
20  misrepresented that contributions were to benefit CBF, when in fact approximately
21  94% of funds solicited were used to pay commercial fundraisers such as Courtesy
22  Call, Newport Creative, and Community Support.

23      38.    On information and belief, as a further admission of its wrongdoing, on
24  or about September 26, 2011, AFDC sent the California Department of Justice a check
25  for $3,314.00 supposedly for donations made in California using CBF's name, in a
26  belated attempt to stave off any sort of action that may be brought against it by the
27  California Attorney General.

39.     CBF has and will continue to be injured by Defendants use of the Service Mark because it does not receive donations that it is the intended recipient of.

40.     Moreover, Defendants' acts are causing and will continue to cause damage and irreparable harm to CBF and to its valuable reputation and goodwill with donors and prospective donors.

41.     AFDC at least had constructive notice of CBF's rights, and has been directly advised of CBF's rights with respect to the Service Mark and has been requested to cease and desist from using the Service Mark but, upon information and belief, AFDC has failed and refused to comply with CBF's demand in this regard.

42.     Defendants' conduct constitutes service mark infringement, false designation of origin, and unfair competition in violation of 15 U.S.C. § 1114, 15 U.S.C. § 1125 (a), and California Business and Professions Code § 17200 *et seq.*

43.     Defendants' conduct caused and continues to cause CBF to suffer irreparable injuries, including injury to its reputation and goodwill, for which it has no adequate remedy at law.

44.     Upon information and belief, Defendants' unlawful conduct will continue unless enjoined by this Court.

## FIRST CLAIM FOR RELIEF

### [Federal Trademark Infringement (Lanham Act, 15 U.S.C. § 1114)]

45.     Plaintiff restates and re-alleges each and every fact and allegation set forth in Paragraphs 1 through 44 inclusive as though fully set forth herein.

46.     All Defendants had, at the very least, constructive notice of CBF's registered Service Mark and acted in willful disregard to CBF's exclusive rights.

47.     All Defendants reproduced, counterfeited, copied or colorably imitated CBF's registered Service Mark in connection with the sale, distribution or advertising of any of their goods and services, such as solicitations for charitable donations made via mail sent by way of the U.S. Postal Service and via telephone, in commerce.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

48. This use of CBF's Service Mark by Defendants is likely to and was intended to cause confusion, to cause mistake, or to deceive the public and potential and actual donors as to the source of the solicitation(s).

49. All Defendants reproduced, counterfeited, copied or colorably imitated CBF's registered Service Mark and applied such reproduction or imitation to advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services

50. This use of CBF's Service Mark by Defendants is likely to and was intended to cause confusion, to cause mistake, or to deceive the public and potential and actual donors as to the source of the solicitation(s).

51. All Defendants had the express intent of improperly and illegally profiting from CBF's registered Service Mark by confusing the public as to the source and beneficiary of the solicitations and creating the false impression and belief that the solicitations originated from, or were authorized, sponsored or approved by, legitimate charity CBF.

52. At no time did CBF grant its consent to any of the Defendants for any of their use(s) and/or distribution(s) of its Service Mark.

53. CBF suffered damages to its charitable business and reputation as a direct and proximate result of Defendants' unlawful conduct, and Defendants are liable to CBF for trademark infringement under 15 U.S.C. § 1114.

54. Pursuant to 15 U.S.C. § 1116, CBF hereby asserts a claim against Defendants for injunctive relief to prevent the violation of CBF's rights as the registrant of the Service Mark..

## SECOND CLAIM FOR RELIEF

**[False Designation of Origin (Lanham Act, 15 U.S.C. § 1125 (a))]**

55. Plaintiff restates and re-alleges each and every fact and allegation set forth in Paragraphs 1 through 54 inclusive as though fully set forth herein.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

56.    All Defendants had, at the very least, constructive notice of CBF's registered Service Mark and acted in willful disregard to CBF's exclusive rights.

57.    All Defendants used in commerce a word, term, name, symbol, device and/or a false designation of origin and/or a false or misleading description or representation of fact.

58.    This use by Defendants is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of each Defendant with CBF, or as to the origin, sponsorship, or approval of Defendants' goods, services or commercial activities by CBF.

59.    This use by Defendants in commercial advertising or promotion, misrepresents the nature, characteristics, or qualities, or geographic origin of Defendants' goods, services, or commercial activities.

60.    All Defendants had the express intent of improperly and illegally profiting from CBF's registered Service Mark by confusing the public as to the source and beneficiary of the solicitations and creating the false impression and belief that the solicitations originated from, or were authorized, sponsored or approved by, legitimate charity CBF.

61.    CBF suffered damages to its charitable business and reputation as a direct and proximate result of Defendants' unlawful conduct, and Defendants are liable to CBF for trademark infringement under 15 U.S.C. § 1125 (a).

62.    Pursuant to 15 U.S.C. § 1116, Plaintiff hereby asserts a claim against Defendants for injunctive relief to prevent the violation of CBF's rights as the registrant of the Service Mark..

## THIRD CLAIM FOR RELIEF

**[California Unfair Competition (Cal. Bus. & Prof. Code § 17200, *et seq.*)]**

63.    Plaintiff restates and re-alleges each and every fact and allegation set forth in Paragraphs 1 through 62 inclusive as though fully set forth herein.

64.    All Defendants engaged in unfair competition within the meaning of Business & Professions Code § 17200 *et seq.* by engaging in unfair business acts or practices including but not limited to: making (or directing others to make) false, deceptive, and misleading statements in mail solicitations to donors to induce them to make charitable contributions to AFDC, misrepresenting the beneficiary of mail and telephone solicitations, using the name "Children's Burn Foundation" in solicitations suggesting that contributions were for CBF when in fact they were not, and representing in solicitations that contributions would go to CBF without obtaining CBF's written consent to do so.

65.    All Defendants engaged in unfair competition within the meaning of Business & Professions Code § 17200 *et seq.* by engaging in fraudulent business acts or practices including but not limited to: making (or directing others to make) false, deceptive, and misleading statements in mail solicitations to donors to induce them to make charitable contributions to AFDC, misrepresenting the beneficiary of mail and telephone solicitations, using the name "Children's Burn Foundation" in solicitations suggesting that contributions were for CBF when in fact they were not, and representing in solicitations that contributions would go to CBF without obtaining CBF's written consent to do so.

66.    All Defendants violated the provisions of California Government Code § 12599.6 (a) which provides that "[c]haritable organizations and commercial fundraisers for charitable purposes shall not misrepresent the purpose of the charitable organization or the nature or purpose or beneficiary of a solicitation. A misrepresentation may be accomplished by words or conduct or failure to disclose a material fact." All Defendants, by words or conduct, misrepresented the purpose of the so-called charitable organization AFDC, and/or the purpose of AFDC and the beneficiary of their solicitation(s). All Defendants are, or are associated with, purportedly-charitable organizations and commercial fundraisers within the meaning of this Section.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

67.    All Defendants violated the provisions of California Government Code § 12599.6 (f) which prohibits, among other things, "(2) [u]sing any unfair or deceptive acts or practices or engaging in any fraudulent conduct that creates a likelihood of confusion or misunderstanding," "(3) [u]sing any name, symbol, emblem, statement, or other material stating, suggesting, or implying to a reasonable person that the contribution is to or for the benefit of a particular charitable organization when that is not the fact," and "(5) [m]isrepresenting or misleading anyone in any manner to believe that any other person sponsors, endorses, or approves a charitable solicitation or charitable sales promotion when that person has not given consent in writing to the use of the person's name for these purposes." All Defendants engaged in these prohibited activities.

68.    The conduct of all Defendants has resulted in statutory violations of California Government Code § 12599.6 (a) and (f) and therefore constitutes unlawful and unfair business practices within the meaning of California Business & Professions Code § 17200, *et seq.*

69.    All Defendants engaged in unfair competition within the meaning of Business & Professions Code § 17200 *et seq.* by engaging in unfair, deceptive, untrue or misleading advertising as prohibited by California Business and Professions Code § 17500, *et seq.*

70.    Members of the public were likely to be deceived, and in fact were deceived, by Defendants' unfair, deceptive, untrue or misleading advertising, which included, among other things, using the name "Children's Burn Foundation" in mail and telephone solicitations to the public that suggested that any received contributions were for CBF when in fact they were not.

71.    As a direct and proximate result of Defendants' conduct, CBF has sustained losses and injuries to its charitable business and reputation.

72.    Continuing commission by Defendants of the actions alleged herein will irreparably harm CBF and the public, for which harm CBF has no plain, speedy or adequate remedy at law.

73.    Pursuant to California Business & Professions Code § 17203, CBF is entitled to an injunction enjoining Defendants from continuing to engage in said unlawful, unfair, and fraudulent business practices.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff CBF prays for a judgment against Defendants AFDC, Courtesy Call, Newport Creative, Community Support, Joseph Fuller, John Cryan, John Battista, and John Lionna as follows:

1.    For profits improperly obtained by Defendants;

2.    For actual damages according to proof;

3.    For punitive or treble damages in an amount to be determined at trial;

4.    For a determination that CBF's Service Mark is valid, enforceable and infringed by each of the Defendants;

5.    For temporary, preliminary and permanent injunctive relief enjoining Defendants from directly or indirectly using CBF's Service Mark;

6.    For recoverable reasonable attorney fees;

7.    For pre-judgment and post-judgment interest on all damages as is allowed by law;

8.    For costs of suit and such other and further relief as the court deems just.

DATED:  November 21, 2011                    HUNTON & WILLIAMS LLP

By:  _Douglas M Mancino_

Douglas M. Mancino
Attorneys for Plaintiff
CHILDREN'S BURN
FOUNDATION

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

12
COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2        Plaintiff hereby requests a trial by jury.

3

4    DATED:  November 21, 2011                  HUNTON & WILLIAMS LLP

5

6                                              By: _____

7                                                  Douglas M. Mancino

8                                                  Attorneys for Plaintiff
                                                   CHILDREN'S BURN
9                                                  FOUNDATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

13
COMPLAINT

**EXHIBIT A**

# United States of America

## United States Patent and Trademark Office

CHILDRENS BURN FOUNDATION

**Reg. No. 3,973,262**

**Registered June 7, 2011**

**Int. Cls.: 35, 36, 44 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE CHILDREN'S BURN FOUNDATION (CALIFORNIA CORPORATION)
5000 VAN NUYS BLVD., SUITE 450
SHERMAN OAKS, CA 91403

FOR: CHARITABLE SERVICES, NAMELY, PROMOTING PUBLIC AWARENESS ABOUT FIRE AND BURN INJURY PREVENTION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1985; IN COMMERCE 12-31-1995.

FOR: CHARITABLE FOUNDATION SERVICES, NAMELY, PROVIDING FUNDRAISING ACTIVITIES TO SUPPORT FINANCIAL DONATIONS, INJURY RECOVERY SUPPORT, SOCIAL SUPPORT AND LIVING SUPPORT TO BURN PATIENTS AGED 18 AND UNDER AND THEIR FAMILIES; CHARITABLE FOUNDATION SERVICES, NAMELY, PROVIDING FINANCIAL SUPPORT TO BURN PATIENTS AGED 18 AND UNDER AND THEIR FAMILIES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1985; IN COMMERCE 12-31-1995.

FOR: CHARITABLE FOUNDATION SERVICES, NAMELY, PROVIDING HEALTHCARE SERVICES TO AID RECOVERY OF BURN PATIENTS AGED 18 AND UNDER, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1985; IN COMMERCE 12-31-1995.

FOR: CHARITABLE FOUNDATION SERVICES, NAMELY, PROVIDING PERSONAL SUP-PORT SERVICES FOR BURN PATIENTS AGED 18 AND UNDER AND THEIR FAMILIES, NAMELY, EMOTIONAL COUNSELING AND EMOTIONAL SUPPORT; CHARITABLE FOUNDATION SERVICES, NAMELY, PROVIDING IN-HOME SUPPORT SERVICES, NAMELY, BURN CARE MANAGEMENT SERVICES IN THE NATURE OF THE COORDIN-ATION OF NECESSARY SERVICES AND PERSONAL CARE FOR BURN PATIENTS AGED 18 AND UNDER AND THEIR FAMILIES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1985; IN COMMERCE 12-31-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOUNDATION", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-109,453, FILED 8-17-2010.

MICHAEL KEATING, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 3,973,262

## Trademark Registration Summary

| | |
|---|---|
| Int'l Classes | 35, 36, 44 & 45 |
| Filing Date | August 17, 2010 |
| Application No. | 85/109,453 |
| Services | IC 35 - Charitable services, namely, promoting public awareness about fire and burn injury prevention.

IC 36 - Charitable foundation services, namely, providing fundraising activities to support financial donations, injury recovery support, social support and living support to burn patients aged 18 and under and their families; charitable foundation services, namely, providing financial support to burn patients aged 18 and under and their families.

IC 44 - Charitable foundation services, namely, providing healthcare services to aid recovery of burn patients aged 18 and under.

IC 45 - Charitable foundation services, namely, providing personal support services for burn patients aged 18 and under and their families, namely, emotional counseling and emotional support; charitable foundation services, namely, providing in-home support services, namely, burn care management services in the nature of the coordination of necessary services and personal care for burn patients aged 18 and under and their families. |
| Registration No. | 3,973,262 |
| Registration Date | June 7, 2011 |
| Affidavit of Continued Use | Must be filed after June 7, 2016, but before June 7, 2017 |
| Renewal Deadline | June 7, 2021 |

# ACKNOWLEDGEMENT

I HEREBY ACKNOWLEDGE RECEIPT OF THE ORIGINAL CERTIFICATE OF REGISTRATION FOR THE UNITED STATES REGISTRATION NO. 3,973,262 (CHILDREN'S BURN FOUNDATION).

(099749-106)

_____
Douglas Mancino


_____
Dated



Please note that U.S. Customs & Border Protection (CBP), a bureau of the Department of Homeland Security, maintains a trademark recordation system for marks registered at the United States Patent and Trademark Office. Parties who register their marks on the Principal Register may record these marks with CBP, to assist CPB in its efforts to prevent the importation of goods that infringe registered marks. The recordation database includes information regarding all recorded marks, including images of these marks. CBP officers monitor imports to prevent the importation of goods bearing infringing marks, and can access the recordation database at each of the 317 ports of entry.

CBP's Intellectual Property Rights e-Recordation (IPRR) system, located at https://apps.cbp.gov/e-recordations/, allows right holders to electronically file IPR recordation applications, thus significantly reducing the amount of time normally required to process paper applications. Some additional benefits of the system include:

- Elimination of paper applications and supporting documents.

- Copies of the certificate issued by the registering agency (U.S. Patent and Trademark Office or the Copyright Office) are retained by the right holder, not submitted to CBP.

- Payment by credit card (preferred), check or money order.

- Ability to upload images of the protected work or trademark, thus obviating the need to send samples to CBP.

- Reduced time from filing of the application to enforcement by field personnel.

Information about how to obtain a recordation, and about CBP's Intellectual Property Rights border enforcement program, is available at CBP's web site, www.cbp.gov.

**EXHIBIT B**



# THE CHILDREN'S BURN FOUNDATION

**DEAR JEANNE,**

922150 0

*Thank you for your 6/13/11 pledge of $25.00!*

Pledge#:92-92-2150

Thank you...for your recent commitment.

To date, our records indicate that we have had no response from you.  If this is an error on our part, please call us so we can correct our records.  If, however, you have missed fulfilling your pledge, we would greatly appreciate your mailing it to us as soon as possible. The Children's Burn Foundation is a special program for American Foundation for Disabled Children.  If the amount is incorrect, please indicate the correct amount and forward your payment and pledge form in the envelope provided.

If you have already mailed your payment, thank you!

P.S. Please take a moment to make out your check today
This will save us any additional reminder expense.

Sincerely,

The Children's Burn Foundation

NA48-CBF-901-4  3-11

For any questions pertaining to this invoice please call toll-free (800) 594-7306.



**\*05:00 PM-DAB**

**THE CHILDREN'S BURN FOUNDATION**
PO BOX 14129
WEST ALLIS WI 53214-0129

Thank you.... Per phone conversation with:  JEANNE

☐ Yes, I will add an additional $2 to my pledge
**Pledge #:     92-92-2150**        6/13/11
**Pledge Amt: $25.00**        956-583-3866
**Please remit upon receipt.**        KSX

922150-0

PLEASE MAKE
CHECK **CBF**
PAYABLE TO:

---

Sponsor   Reminder

JEANNE WILSON
620 S GLASSCOCK BLVD
ALTON  TX  78573-5063

**THE CHILDREN'S BURN FOUNDATION**
PO BOX 14129
WEST ALLIS WI 53214-0129

9012300021500002500 2

. Thank you for your support. The Children's Burn Foundation is a special program of American Foundation for Disabled Children which is a 501 (C)(3) non-profit organization Tax ID #13-3636844. Your contribution may be tax deductible, however we suggest you consult your tax preparer. This special program of the American Foundation for Disabled Children provides financial, and volunteer help to children with serious burns. Your support is very much appreciated, a large portion of the gross proceeds raised goes to defray the cost of this appeal. Children's Burn Foundation has retained a paid professional fund-raiser Courtesy Call, Inc, 1835 E Charleston Ste 4, Las Vegas NV 89104, (800) 909-0399 to assist in this fund raising program. If you would like to contact the professional fundraiser directly you may do so by calling toll free at (800) 909-0399. The Children's Burn Foundation maintains its headquarters at 84 New Dorp Plaza, Suite 207, Staten Island, NY 10306. Your donation will be sent to an authorized mail handling facility. Although our financial report is always sent free to anyone requesting a copy, certain states require us to advise you that a copy of our financial report is available from them. Residents of the following states should note the following: Alaska: A financial report and/or a copy of the current contract are available upon request. Arizona: Financial information filed with the Secretary of State is available for public inspection or by calling 1-800-458-5842. Colorado: American Foundation for Disabled Children registration #2002300516A, PFR's registration number: 20053008121; Colorado residents may obtain copies of registration and financial documents from the Secretary of State by calling (303) 894-2680 or at www.sos.state.co.us. Florida: A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING 1-800-435-7352, TOLL FREE WITHIN THE STATE. American Foundation for Disabled Children registration # CH9782. Georgia: A full and fair description of the programs of American Foundation for Disabled Children and our financial statement summary is available upon request at the office and phone number indicated above. Illinois: Contracts and reports regarding the charity are on file with the Illinois Attorney General. Kansas: American Foundation for Disabled Children registration #363-425-0. The annual financial report for the preceding fiscal year is on file with the Secretary of State, 1st Floor, Memorial Hall, 120 SW 10th Ave., Topeka, KS 66612. Maine: You may obtain information on the respective percentages of contributions that will be paid to this charitable organization and to the paid fund raiser by contacting the Attorney General, Department of Professional & Financial Regulation, 35 State House Station, Augusta, ME 04333. Maryland: Copies of documents and information submitted by American Foundation for Disabled Children are available for the cost of copies and postage from the Secretary of State, Statehouse, Annapolis, MD 21401, 410-974-5534. Mississippi: The official registration and financial information of the American Foundation for Disabled Children may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167 New Jersey: INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT www.njconsumeraffairs.gov/ocp.htm#charity. New York: New York residents may obtain a copy of Gulf War Veterans Coalition annual report by writing to the Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. North Carolina: Financial information about American Foundation for Disabled Children and a copy of its license are available from the State Solicitation Licensing Branch at (888) 830-4989. Pennsylvania: The official registration and financial information of American Foundation for Disabled Children may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Tennessee: American Foundation for Disabled Children has retained a paid solicitor, to assist with this campaign. Virginia: The professional solicitor conducting this campaign (name of company), files a financial report for each campaign it conducts. Copies of these financial reports are available from the Virginia Office of Consumer Affairs, P.O. Box 1163, Richmond, VA 23218; 1-804-786-1343. Washington: A Notice of Solicitation required by law is on file with the Washington Secretary of State. You may obtain additional financial disclosure information by contacting the Secretary of State at 1-800-332-GIVE. West Virginia: West Virginia residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. How Contributions Are Allocated Between American Foundation for Disabled Children and the Professional Fundraiser, Vermont: For information on how much of your contribution goes to the charity and how much to the paid fundraiser, contact the Vermont Consumer Assistance Program, Morrill Hall, UVM, Burlington, VT 05405, tel. 1-800-649-2424, or the Vermont Attorney General's Internet website. http://www.atg.state.vt.us

REGISTRATION WITH A STATE AGENCY DOES NOT CONSTITUTE OR IMPLY ENDORSEMENT, APPROVAL OR RECOMMENDATION BY THAT STATE OF THE PAID SOLICITOR, THE ORGANIZATION OR THE CAUSE THE SOLICITOR REPRESENTS.

Thank you once again for your support. For Further Information please call toll-free at (800) 909-0399 or visit our website at http://www.cbfam.org/.

**EXHIBIT C**



**Children's Burn Foundation**
*Giving New Hope*

July 15, 2011

Mr. Errol Copilevitz
Copilevitz and Canter
310 West 20th Street, Suite 300
Kansas City, Missouri 64108

Dear Mr. Copilevitz:

For the past two months we have been receiving inquiries from individuals that have been approached through telephone solicitation to donate to the Children's Burn Foundation. We, the Children's Burn Foundation, do not use telephone solicitation as a strategy for fundraising. When contacted we have told people that it is not us asking for funding. In addition, we added a disclaimer on our website to let people know that this was not us.

One caller yesterday was kind enough to share with me the contact names and organizations listed on the donor form. It was after that call that I first learned of the connection with the American Foundation for Disabled Children and Courtesy Call.

The Children's Burn Foundation has been a non-profit 501 C 3 since 1984.

I received a call today from John Cryan sharing that you, upon receipt of this request, will stop using our name, the Children's Burn Foundation, close the website and refrain from taking any further actions using our name today. We would greatly appreciate your prompt attention to this action.

Sincerely,

Carol Horvitz

**Carol Horvitz**
**Executive Director**

Exhibit C
Page 21

**EXHIBIT D**



# AMERICAN FOUNDATION FOR CHILDREN WITH BURNS

1110003-0

**DEAR MR,**

*Thank you for your 7/20/11 pledge of $15.00!*                    **Pledge#: 15-11-10003**

Thank you...for your recent commitment.

To date, our records indicate that we have had no response from you. If this is an error on our part, please call us so we can correct our records. If, however, you have missed fulfilling your pledge, we would greatly appreciate your mailing it to us as soon as possible. The Children's Burn Foundation is a special program for American Foundation for Disabled Children. If the amount is incorrect, please indicate the correct amount and forward your payment and pledge form in the envelope provided.

If you have already mailed your payment, thank you!

P.S. Please take a moment to make out your check today. This will save us any additional reminder expense.

Sincerely,

The Children's Burn Foundation



NAMS-AFCB-901-4R3   8-11

The professional solicitor conducting this campaign Courtesy Call Inc. files a financial report for each campaign it conducts. Copies of these financial reports are available from the Virginia Office of Consumer Affairs, P.O. Box 1163, Richmond, VA 23209; 1-804-786-1343. For any questions pertaining to this invoice please call toll-free (800) 594-7306.

---

                                        *04:15 PM-JEFF11

**THE CHILDREN'S BURN FOUNDATION**
PO BOX 14129
WEST ALLIS WI 53214-0129

Thank you.... Per phone conversation with: **MR**

☐ Yes, I will add an additional $2 to my pledge

**Pledge #:   15-11-10003**     7/20/11

**Pledge Amt: $15.00**     703-764-3881
**Please remit upon receipt.**     C104

**1110003-0**

PLEASE MAKE
CHECK **AFCB**
PAYABLE TO:

---

**Sponsor   Reminder**

||···|···||····||···||··||····||··||····||·||···||····||·||

MR TUTTLE
9707 CERALENE DR
FAIRFAX  VA   22032-1705

**THE CHILDREN'S BURN FOUNDATION**
PO BOX 14129
WEST ALLIS WI 53214-0129

||··||···||··||·||··||·||····||·||·||··||·||····||·||·||

99402201000300015002

Exhibit D
Page 22

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 9684 R (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

Name & Address:

Douglas M. Mancino (SBN 97704)
Alexandrea H. Young (SBN 233950)
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S BURN FOUNDATION, a non-profit public benefit corporation,<br><br>PLAINTIFF(S)<br>v.<br>AMERICAN FOUNDATION FOR DISABLED CHILDREN, INC., a corporation; COURTESY CALL, INC., a corporation; NEWPORT CREATIVE COMMUNICATIONS, INC., a corporation; COMMUNITY SUPPORT, INC., a corporation; JOSEPH FULLER, an individual; JOHN CRYAN, an individual; JOHN BATTISTA, an individual; and JOHN LIONNA, an individual,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>**CV11   09684 R**  (JEMx)<br><br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Douglas M. Mancino_____, whose address is __Hunton & Williams LLP, 550 South Hope Street, Suite 2000, Los Angeles, CA 90071__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __NOV 2 1 2011_____

By: __CHRISTOPHER POWERS_____

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Children's Burn Foundation | American Foundation for Disabled Children, Inc.; Courtesy Call, Inc.; Newport Creative Communications, Inc.; Community Support, Inc.; Joseph Fuller; John Cryan; John Battista; and John Lionna |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Douglas M. Mancino<br>HUNTON & WILLIAMS LLP<br>550 S. Hope St., Ste. 2000 Los Angeles, CA 90071-2627 (213) 532-2000 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** to be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Trademark Infringement [15 U.S.C. § 1114], False Designation of Origin [15 U.S.C. § 1125(a)], and Unfair Competition [Cal. Bus. & Prof. Code § 17200, et seq.]

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV11 09684**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York, Nevada, Massachusetts, and Wisconsin |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _Doyle M. A____   Date   11-21-2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |