JS6

1  Douglas M. Mancino (SBN 97704)
   dmancino@hunton.com
2  Alexandrea H. Young (SBN 233950)
   ayoung@hunton.com
3  HUNTON & WILLIAMS LLP
   550 South Hope Street, Suite 2000
4  Los Angeles, California  90071-2627
   Telephone:  (213) 532-2000
5  Facsimile:  (213) 532-2020

6  Attorneys for Plaintiff/Counterdefendant
   CHILDREN'S BURN FOUNDATION
7
   [Defendant/Counterclaimant's
8  Attorneys Listed on Signature Page]

FILED
CLERK, U.S. DISTRICT COURT

FEB 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

9            **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

11

12  CHILDREN'S BURN FOUNDATION, a         CASE NO.: 2:11-CV-09684-R-JEMx
    non-profit public benefit corporation,
13                                         **STIPULATION TO DISMISS**
              Plaintiff,                   **ACTIONS WITHOUT PREJUDICE**
14                                         AND ORDER THEREON
         v.
15
    AMERICAN FOUNDATION FOR
16  DISABLED CHILDREN, INC., a
    corporation; COURTESY CALL, INC., a
17  corporation; JOSEPH FULLER, an
    individual; JOHN CRYAN, an individual;
18  JOHN BATTISTA. an individual; and
    JOHN LIONNA, an individual,
19
              Defendants.
20

21  COURTESY CALL, INC., a Nevada
    corporation,
22
              Counterclaimant,
23
         v.
24
    CHILDREN'S BURN FOUNDATION,
25  a non-profit public benefit corporation,

26            Counterdefendant.

27

28

---

STIPULATION TO DISMISS ACTIONS WITHOUT PREJUDICE

1      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and

2   Counterdefendant Children's Burn Foundation, by and through its attorneys, and

3   Defendant and Counterclaimant Courtesy Call, Inc., by and through its attorneys,

4   hereby stipulate to a dismissal of the above-captioned actions without prejudice.

5

6   Dated:  February 28, 2012         HUNTON & WILLIAMS LLP

7

8                     By   /s/ Douglas M. Mancino

9                         Douglas M. Mancino
                        Attorneys for Plaintiff

10                 CHILDREN'S BURN FOUNDATION

11

12   Dated:  February 28, 2012         THE LAW OFFICES OF

13                         LELAND E. LUTFY, CHARTERED

14

15                     By     /s/  Leland E. Lutfy

16                         Leland E. Lutfy
                        Attorneys for Defendant
                        COURTESY CALL, INC.

17

18       Defendant/Counterclaimant's Counsel:

19 Leland E. Lutfy
lutfylaw@aol.com

20 THE LAW OFFICES OF
LELAND E. LUTFY, CHARTERED

21 530 South 7th Street
Las Vegas, Nevada 89101

22 Telephone:  (702) 477-0443
Facsimile:   (702) 477-0448

23

24 Attorneys for Defendant
COURTESY CALL, INC.

25

26

27

28

IT IS SO ORDERED

DATE _____ Feb. 29, 2012

_____
U.S. DISTRICT COURT JUDGE

1